IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VISHAL ENTERPRISE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-2564-L** |
| | § | |
| **SAM WILSON d/b/a Wilson Oilfield Service,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEDIATION ORDER

After reviewing the Joint Status Report filed in this case, the court has **determined** that this case is appropriate for mediation. The parties are therefore **directed** to participate in mediation by **April 11, 2014.** The parties shall appear before a mediator of their mutual choosing and participate in mediation. The mediator shall submit a report to the court within five days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

**It is so ordered** this 9th day of September, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Mediation Order – Solo Page