IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VISHAL ENTEPRISE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-2564-L** |
| | § | |
| **SAM WILSON d/b/a Wilson Oilfield Service,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the Motion to Withdraw as Counsel of Record Without Substitution for Defendant, Sam Wilson d/b/a Wilson Oilfield Service ("Wilson"), filed June 23, 2014.  Counsel for Defendant, **Monte J. White** and the law firm of **Monte J. White & Associates, P.C.**, request that they be allowed to withdraw as counsel in this case.  The court determines that the motion should be, and is hereby, **granted.**  Accordingly, the court **allows Monte J. White** and the law firm of **Monte J. White & Associates, P.C.** to withdraw as counsel for Defendant, and they are relieved of any further obligation to or representation of Defendant in this case.  The clerk of the court shall provide by mail a copy of this order to Defendant Sam Wilson d/b/a Wilson Oilfield Service, 377 Cement Mountain Road, Graham, Texas 76450**;** and by email at wilsone1956@wildblue.net.  *Defendant shall obtain new counsel by* **July 24, 2014.**  If he does not, the case will proceed with Wilson acting *pro se.*

**It is so ordered** this 24th day of June, 2014.

Sam A. Lindsay
United States District Judge

Order - Solo Page